U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 0 4 2017

TONY R. MOORE, CLERK
BY_____ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

ANNA ANTONELLI, ET AL.

VERSUS

TAKEDA PHARMACEUTICAL COMPANY
LIMITED, ET AL

MISC. CASE NO. 17-mc-71

JUDGE DOHERTY

MAGISTRATE JUDGE HANNA

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Anna M.

Antonelli, as Executor and Derivative Claimant; and Angelo Tarantino as Derivative Claimant of

the Estate of Mary Tarantino, is hereby GRANTED pursuant to the Report and Recommendation

of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___4th___ day of April, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE